# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 12-246** |
| **DAVID W. HOLLINGSWORTH** | **SECTION "E"** |

## ORDER & REASONS

Before the Court is Defendant-Appellant David Hollingsworth's appeal from his conviction by the Magistrate Judge for knowingly and forcibly committing simple assault in violation of 18 U.S.C. § 113(a)(5).[1]  In his brief, Hollingsworth argues that his trial on the instant petty offense before the Magistrate Judge, rather than a jury of his peers, violates Article III, Section 2 and the Sixth Amendment of the United States Constitution.[2]

Hollingsworth has preserved this issue.  The issue is, however, authoritatively foreclosed by binding precedent, *e.g.*, *Duncan v. State of Louisiana*, 391 U.S. 145, 158 (1968); *United States v. Time*, 21 F.3d 635, 642 (5th Cir. 1994) ("No right to trial by jury exists for petty crimes.  Petty crimes [are] defined in 18 U.S.C. § 19 . . . ."), as Hollingsworth himself properly acknowledges.[3]  Hollingsworth's remedy, if any, must therefore come from a higher court.

**AFFIRMED.**

---

[1]  R. Doc. No. 95.

[2]  There is no dispute that Hollingsworth was charged with a "petty offense" as that term is defined in 18 U.S.C. § 19.

[3]  R. Doc. No. 95, p. 6.

**New Orleans, Louisiana, this 20th day of November, 2013.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**